No. 87–1542. EWING *v.* ARIZONA ET AL. Appeal from Sup. Ct. Ariz. dismissed for want of jurisdiction. JUSTICE O'CONNOR took no part in the consideration or decision of this case. ■■

No. 87–1597. ALABAMA POWER CO. *v.* CAPPS, ADMINISTRATRIX OF THE ESTATE OF CAPPS. Appeal from Sup. Ct. Ala. dismissed for want of properly presented federal question. ■■

No. 87–1653. VARNEY ET AL. *v.* FLORIDA BAR ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.

No. 86–7126. HOUSTON *v.* ALABAMA. Ct. Crim. App. Ala. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Attorney General of Alabama in his motion filed April 14, 1988. JUSTICE BLACKMUN dissents.

No. 87–1243. UNITED STATES *v.* A & B HEATING & AIR CONDITIONING, INC. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider the question of mootness.

No. 87–1425. BAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mathews* v. *United States,* 485 U. S. 58 (1988).

No. — — ——. EKIN ET AL. *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF ALLEGHENY ET AL.;
No. — — ——. POE *v.* UNITED STATES; and
No. — — ——. WILLIAMS ET AL. *v.* WASHINGTON ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–831 (87–6873). ARANDA *v.* TEXAS. Application to continue the stay of mandate of the Court of Criminal Appeals of